IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANDREW CHIEN,

    **Plaintiff,**

v.                                              Civil Action No. 3:18cv106

DIANA GRIBBON MOTZ, *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court on the Reports and Recommendations of the Magistrate Judge entered on January 7, 2019 ("the First R&R"), and January 11, 2019 (the "Second R&R"). (ECF Nos. 28, 30.) The time to file objections has expired and no party has objected to either the First R&R[1] or the Second R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1)     The First R&R, (ECF No. 28), is ADOPTED as the opinion of this Court;

(2)     Defendants' Motion to Dismiss, (ECF No. 13), is GRANTED, and Plaintiff's Complaint, (ECF No. 1), is DISMISSED WITH PREJUDICE;

(3)     Plaintiff's Motions, (ECF Nos. 17, 19, 20, 21, 25, 26) are DENIED;

(4)     The Second R&R, (ECF No. 30), is also ADOPTED as the opinion of this Court; and

(5)     Plaintiff's Motion, (ECF No. 29) is DENIED.

---

[1] Although Chien did not file any formal objections to the First R&R, on January 10, 2019, Chien filed the "Motion to Public the Letter from the Defendants," (ECF No. 29). The Magistrate Judge construed this filing as a Motion to Publish and in the Second R&R recommended that the Court deny it. (Second R&R 1, ECF No. 30.) The Magistrate Judge notified the parties that they may file an objection within fourteen (14) days after being served with a copy of the Second R&R. (*Id.* 2.)

To the extent Chien believes that he has grounds to appeal this decision, written notice of appeal must be filed with the Clerk of Court within thirty (30) days of the entry of this Order.[2] Failure to file an appeal within that period may result in the loss of the right to appeal.

Let the Clerk send a copy of this Order to all counsel of record and to Chien at his address of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 1/28/2019
Richmond, Virginia

---

[2] *See* Fed. R. App. P. 4(a)(1)(A).